<u>REQUEST FOR COURT ACTION / DIRECTION</u>

| | |
|---|---|
| TO:     <u>Jim Molinelli</u><br>         Docket Clerk | OFFENSE: <u>Conspiracy to possess with intent to distribute cocaine base (21 USC 841 (a)(1) and 846, Class A Felony.</u> |
| | ORIGINAL SENTENCE: <u>One Hundred Fifty One (151) months imprisonment followed by Five (5) Years Supervised Release.</u> |
| | REDUCE SENTENCE: <u>Time Served followed by Five (5) Years Supervised Release.</u> |
| FROM:  <u>George Olivares</u><br>          U.S. Probation Officer | SPEC. CONDITIONS:   <u>$100 Special Assessment.</u> |
| | AUSA: Janice M. Lipovsky |
| RE:     <u>Jose Tapia</u><br>         Docket #2:98CR-3007-003 | **08 CRIM 669** |

ORIGINAL DATE OF SENTENCE:   <u>05/07/99</u>
SENTENCE REDUCTION DATE:     <u>03/03/08</u>

DATE:    July 9, 2008

ATTACHMENTS:     JUDGMENT <u>X</u>

<u>ASSIGNMENT FOR TRANSFER OF JURISDICTION</u>

On May 7, 1999, the above-mentioned individual was sentenced as outlined above in the District of Nebraska, by the Honorable Richard G. Kopf, U.S. District Judge.

On June 20, 2008, we received a letter from the District of Nebraska, advising that the Honorable Richard G. Kopf, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Tapia transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer
*George Olivares* /ATC
George Olivares
U.S. Probation Officer
212-805-5133


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: